THE STATE EX REL. JOHNS MANVILLE INTERNATIONAL, INC., APPELLEE,
v. INDUSTRIAL COMMISSION OF OHIO ET AL.; MILLER, APPELLANT.

[Cite as *State ex rel. Johns Manville Internatl., Inc. v. Indus. Comm.*, 103 Ohio St.3d 473, 2004-Ohio-5700.]

(No. 2003–2161—Submitted August 17, 2004—Decided November 10, 2004.)

---

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.

---

Gibson & Robbins–Penniman and J. Miles Gibson, for appellee Johns Manville International, Inc.

John R. Workman, for appellant.